Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Frank Lamar Keyes**                              **Docket No. 00-00178-001**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frank Lamar Keyes, who was placed on supervised release by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 16th day of February 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment fee (paid 06/11/2001).
- The defendant shall not possess a firearm or destructive device.
- The defendant shall not unlawfully possess a controlled substance.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed.
- The defendant shall undergo a mental health evaluation and, if necessary, shall participate in a treatment program as directed by the probation officer and shall remain in any such program until released from any such program by the probation officer.

02-16-01:    Possession of a Firearm by a Convicted Felon; Imprisonment 37 months, 3 years' supervised release.

03-07-03:    Released to supervision; Currently supervised by U.S. Probation Officer Linda McCrillis Chovan.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner avers that the defendant has violated the terms of supervised release as follows:

**The defendant shall not commit another federal, state, or local crime.**

On February 13, 2006, the defendant was sentenced in the Allegheny County Court of Common Pleas with three separate offenses, identified at CC200506940, Carrying a Firearm Without a License and Possession of a Controlled Substance, and Possession With Intent to Deliver a Controlled Substance; CC200506939, Driving Under the Influence of Alcohol; and CC200511796, Felon in Possession of a Firearm and Carrying a Firearm Without a License. He received an aggregate sentence of 3½ to 7 years.

**The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.**

The defendant has not submitted a written monthly report since August 2005.

U.S.A. v. Frank Lamar Keyes
Docket No. 00-00178-001
Page 2

**The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**

The defendant submitted urine samples on September 22, 2005, and October 12, 2005, and both were positive for marijuana.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom 3A, Suite 3250, Third Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

### ORDER OF COURT

Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Executed
on ____February 28, 2006____

_____
Linda McCrillis Chovan
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:        Pittsburgh, Pennsylvania