```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-178 |
| | ) | |
| FRANK KEYES | ) | |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

    1.  Name of Detainee:  Frank Keyes, 40993, Year of Birth: 1974, Male, Black .

    2.  Detained by:  Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219.

    3.  Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Section 922(g)(1).

    4.  Detainee is presently confined in the Allegheny County Jail, Pittsburgh, Pennsylvania, awaiting disposition of state charges.

    5.  The above case is set for hearing at Pittsburgh, PA on March 31, 2006, at 2:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

    6.  The Superintendent of the Allegheny County Jail, Pittsburgh, Pennsylvania, has no objection to the granting of this petition.

                                                s/TINA O. MILLER
                                                TINA O. MILLER
                                                Assistant U.S. Attorney
                                                PA ID No. 71101

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____        _____
DATE                                          UNITED STATES DISTRICT JUDGE

cc:  United States Attorney