# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff )<br>vs. )<br>FRANK LAMAR KEYES )<br>)<br>)<br>Defendant ) | CRIMINAL NO. 00-178 |

HEARING ON  SUPERVISED RELEASE VIOLATION

Before  JUDGE GARY L. LANCASTER

| | |
|---|---|
| TINA MILLER, AUSA | MELVIN VATZ, ESQ. |
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun  3/31/06 @ 2:42 PM | Hrg Adjourned to |
| Hrg concluded C.A.V.  3/31/06 @ 2:50 PM | Stenographer  VIRGINIA PEASE |

**WITNESSE**

| For Plaintiff | For Defendant |
|---|---|
| Defendant Does Not Contest Violations of Supervised Release; | |
| Supervision Revoked; | |
| Sentence Imposed: 12 mos. + 1 day incarceration to run consecutive to State Court Sentence, with no further supervision to follow. | |