SCANNED    ORIGINAL

RECEIVED
U.S. MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2006 MAR 31 P 12: 24

PITTSBURGH, PA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 00-178
)
FRANK KEYES )

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Frank Keyes, 40993, Year of Birth: 1974, Male, Black.

2. Detained by: Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Section 922(g)(1).

4. Detainee is presently confined in the Allegheny County Jail, Pittsburgh, Pennsylvania, awaiting disposition of state charges.

5. The above case is set for hearing at Pittsburgh, PA on March 31, 2006, at 2:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Superintendent of the Allegheny County Jail, Pittsburgh, Pennsylvania, has no objection to the granting of this petition.

FILED
APR 06 2006
CLERK U.S. DISTRICT COURT
ST. DIST. OF PENNSYLV.

s/TINA O. MILLER
TINA O. MILLER
Assistant U.S. Attorney
PA ID No. 71101

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

3/31/06
DATE

UNITED STATES DISTRICT JUDGE

cc: United States Attorney

**ORIGINAL**

EXECUTED THIS WRIT, (IN PART) / IN FULL (CIRCLE ONE)
ON THE ..28.. DAY OF ....Apr........, 20..06 BY TAKING
CUSTODY OF ......KEYES........ AT ......ACJ..................
.............................. TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ......U.S. Courthouse......
............... ON THE ...28.. DAY OF ....April......
20 ..06...

.........T. Fitzgerald.........
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

.........DeLand.........
DEPUTY U.S. MARSHAL


31st KSA    mar   KSA

EXECUTED THIS WRIT, (IN PART) / IN FULL (CIRCLE ONE)
ON THE ..28. DAY OF ....Apr........, 20..06 BY TAKING
CUSTODY OF ......KEYES........ AT ......U.S. Courthouse......
.............................. TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ......ACJ..................
............... ON THE ...28.. DAY OF ....Apr......
20 ..06...

.........T. Fitzgerald.........
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

.........DeLand.........
DEPUTY U.S. MARSHAL


EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE ......... DAY OF ..................., 20......... BY TAKING
CUSTODY OF ........................... AT ................................
.............................. TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ...........................................
............... ON THE ........... DAY OF .......................
20 ..........

..................................
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

..................................
DEPUTY U.S. MARSHAL